USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :     05 CR. 0369-6 (VM)
                                    :
        - against -                 :           ORDER
                                    :
                                    :
PEDRO JULIO PRANDY-BINNETT,         :
                                    :
                Defendant.          :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

Defendant, through his counsel (see attached letter), requests that the conference scheduled for February 8, 2008 be adjourned. The Government joins in this request for adjournment. The next conference in this matter shall be held on February 22, 2008 at 10:00 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until February 22, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         8 February 2008

Victor Marrero
U.S.D.J.

LAW OFFICES OF

# LAWRENCE K. FEITELL

OF COUNSEL: BENNETT M. FEITELL

225 BROADWAY, NEW YORK, N.Y. 10007
SUITE 2020

VOICE: (212) 571-5710
FACSIMILE: (212) 571-5711

February 8, 2008



**VIA FACSIMILE**

Hon. USDJ Victor Marrero
United States Courthouse
500 Pearl St., Room 660
New York, NY 10007
FAX# (212) 805-6382

        Re:    <u>US v. Pedro Julio Prandy-Binnett</u>
               S3-05-CR-369 (VM)

Dear Judge Marrero:

The within captioned case was scheduled for a conference today at 3:30 p.m. I was advised this morning that, owing to an oversight, no arrangement had been made for the defendant to be produced in Court this afternoon. I have spoken with your chambers this morning (Esterina), and with the government's representative, AUSA Brandon McGuire [who is substituting for AUSA Michael English] to resolve this scheduling gaffe.

Subject to your Honor's approval, it has been agreed that defendant's appearance in court today shall be cancelled, and that his next appearance before the Court is to be scheduled for Friday, February 22, at 10:00 a.m. Defendant, by his counsel undersigned, agrees to a speedy trial waiver for the period from today, until February 22nd, at 10:00 a.m.

                                      Respectfully yours,

                                      LAWRENCE K. FEITELL

cc.:    AUSA Michael English
       AUSA Brandon McGuire
       FAX# (212) 637-0128