```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   S3 05 CR. 0369 (VM)
                                    :
      - against -                   :   ORDER
                                    :
                                    :
PEDRO JULIO PRANDY-BINNETT,         :
                                    :
              Defendant.            :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

    The Government (see attached letter) requests that the conference scheduled for February 22, 2008 be adjourned. Defense counsel joins in this request for adjournment. The next conference in this matter shall be held on March 7, 2008 at 2:45 p.m. All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until March 7, 2008.

    It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:    New York, New York
           22 February 2008

                                            Victor Marrero
                                              U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/08
```



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 21, 2008

**BY FACSIMILE**

Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   United States v. Pedro Julio Prandy-Binnett et al.
           S3 05 Cr. 369 (VM)

Dear Judge Marrero:

      The Government respectfully writes to request a two-week adjournment of the pretrial conference in this matter scheduled for February 22, 2008 at 10:00 a.m. After discussing the matter with Lawrence K. Feitell, Esq., counsel to the defendant, the parties agree that two weeks of additional time will enable the parties to continue discussions regarding a disposition of this case, as well as permit the defendant with time to continue to review the voluminous discovery produced by the Government. Additionally, Mr. Feitell asked the Government to provide him with a plea agreement, which the Government will do within the next several days. Defense counsel consents to the exclusion of time under the Speedy Trial Act until March 7, 2008.

      Thank you for your consideration of this matter.

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney

                                            By: _____
                                              Michael Q. English
                                              Assistant United States Attorney
                                              (212) 637-2594

cc:    Lawrence K. Feitell, Esq. (by fax)